IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENEDICT MCGILL** *Plaintiff,* | **CIVIL ACTION** |
| v. | |
| **DAVON L. CARROLL, et al.** *Defendant.* | **NO. 18-2635** |

## O R D E R

**AND NOW, TO WIT:** This 17th day of April, 2019, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**IT IS FURTHER ORDERED** that the **ORAL ARGUMENT** on the Plaintiff's Motion to Withdraw (Docket No. 12) scheduled for April 18, 2019 at 3:00 p.m. is **CANCELLED**.

*Susan Flaherty*
Susan Flaherty
Deputy Clerk - Civil
to Judge Gene E.K. Pratter

Copies sent by ECF to:
Timothy A Berger, Esquire
Benjamin J. Tursi, Esquire